**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| PAMELA MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:17-cv-02692-TLP-cgc |
| v. | ) | |
| | ) | JURY DEMAND |
| SHERIFF WILLIAM OLDHAM, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation ("R&R") from Chief Magistrate Judge Diane K. Vescovo. (ECF No. 28.) The R&R recommends that this action be dismissed for failure to prosecute. (*Id*. at PageID 192.) Specifically, Defendants filed a Motion for Judgment on the Pleadings on March 14, 2018, which Plaintiff never responded to. (*Id*. at PageID 191–92.) The Chief Magistrate Judge then ordered Plaintiff to appear and show cause on June 8, 2018 as to why her claims should not be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. (*Id*. at 192.) Plaintiff did not appear at the show-cause hearing. (*Id*.) Thus, the R&R recommends that Plaintiff's Complaint should be dismissed for failure to prosecute. (*Id*.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff did not object to the R&R and her objection window expired on July 12, 2018. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee note.  After reviewing the R&R, the Court finds no clear error.  The Court thus ADOPTS the R&R and DISMISSES Plaintiff's claims WITH PREJUDICE.

**SO ORDERED**, this 17th day of August, 2018.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE